## Court of Appeals, State of Michigan

## ORDER

Taxpayers for Michigan Constitutional Government v State of Michigan

Docket No.    334663

Stephen L. Borrello
Presiding Judge

Patrick M. Meter

Douglas B. Shapiro
Judges

---

The Court orders that the motion for immediate consideration is GRANTED.

The Court further orders that the motion for reconsideration is GRANTED, and this Court's opinion issued July 30, 2019 is hereby VACATED.  A new opinion is attached to this order.

The Court orders that the motion to stay the effect of this Court's July 30, 2019 published opinion is DENIED.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 2 9 2019
_____
Date

_____
Chief Clerk